Opinion issued August 16, 2002

 









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00356-CV

____________


MICHAEL GRAY, Appellant


V.


KATHERINE L. HARTY, Appellee






On Appeal from the 234th District Court

Harris County, Texas

Trial Court Cause No. 01-09855






O P I N I O N

 Based on a Rule 11 agreement between the parties, appellant has filed a motion
to dismiss his appeal. Appellee does not oppose the motion. No opinion has issued. 
Accordingly, the motion is granted, and the appeal is dismissed. Tex. R. App. P.
42.1(a)(2).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Chief Justice Schneider and Justices Nuchia and Radack.

Do not publish. Tex. R. App. P. 47.